UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )  CRIMINAL NO. 05-CR-10250-NG
                         )
         v.              )  VIOLATIONS:
                         )  18 U.S.C. §922(a)(6)--
DANIELLE VANESSA PAPPARGERIS  )  false statement to
                         )  acquire firearm

INFORMATION

COUNT ONE:   (18 U.S.C. §922(a)(6)--False Statement to Acquire
             Firearm)

The United States Attorney charges that:

On or about March 31, 2005, at Portsmouth, in the District of New Hampshire,

DANIELLE VANESSA PAPPARGERIS,

defendant herein, in connection with the acquisition of a firearm, to wit: one Mossberg, Model 702, .22 caliber rifle, bearing serial number EOJ159131, from a federally licensed dealer in firearms, did knowingly make a false and fictitious written statement on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, bearing Transferor's Transaction Serial No. 4-10-2003-1, by answering "yes" to the question: "Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person."** The answer "yes" to the above question was intended and likely to deceive the firearms dealer with respect to

a fact material to the lawfulness of the sale of the above firearm to the defendant. In truth and in fact, as Danielle Vanessa Pappargeris knew, she was not the actual buyer of the firearm listed on the form, and was in fact acquiring the firearm at the request of and on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT TWO</u>:       (18 U.S.C. §922(a)(6)--False Statement to Acquire Firearm)

The United States Attorney charges that:

On or about April 4, 2005, at Kittery, in the District of Maine,

DANIELLE VANESSA PAPPARGERIS,

defendant herein, in connection with the acquisition of a firearm, to wit: one CZ Model 70, .32 caliber pistol, serial number 640638, from a federally licensed dealer in firearms, did knowingly make a false and fictitious written statement on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, bearing Transferor's Transaction Serial No. 204303, by answering "yes" to the question: "Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.**" The answer "yes" to the above question was intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale of the above firearm to the defendant. In truth and in fact, as Danielle Vanessa Pappargeris knew, she was not the actual buyer of the firearm listed on the form, and was in fact acquiring the firearm at the request of and on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT THREE</u>:     (18 U.S.C. §922(a)(6)--False Statement to Acquire Firearm)

The United States Attorney charges that:

On or about April 8, 2005, at Kingston, in the District of New Hampshire,

DANIELLE VANESSA PAPPARGERIS,

defendant herein, in connection with the acquisition of firearms, to wit: one Taurus Ultra-Lite, .38 caliber revolver, serial number RK702408; and one Kel-Tec Model 11, 9mm pistol, serial number A1W23, from a federally licensed dealer in firearms, did knowingly make a false and fictitious written statement on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, bearing Transferor's Transaction Serial No. 10,650, by answering "yes" to the question: "Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.**" The answer "yes" to the above question was intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale of the above firearms to the defendant. In truth and in fact, as Danielle Vanessa Pappargeris knew, she was not the actual buyer of the firearms listed on the form, and was in fact acquiring the firearms at the request of and on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT FOUR</u>:      (18 U.S.C. §922(a)(6)--False Statement to Acquire Firearm)

The United States Attorney charges that:

On or about April 11, 2005, at Kittery, in the District of Maine,

DANIELLE VANESSA PAPPARGERIS,

defendant herein, in connection with the acquisition of firearms, to wit: one Firearms International Corp. .380 caliber Model D pistol, serial number CPA039366; one Walther P22, .22 caliber pistol, serial number LO69287; and one Bersa Model 383, .380 caliber pistol, serial number 127891, from a federally licensed dealer in firearms, did knowingly make a false and fictitious written statement on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, bearing Transferor's Transaction Serial No. 204303, by answering "yes" to the question:  "Are you the actual buyer of the firearm(s) listed on this form?  **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.**"  The answer "yes" to the above question was intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale of the above firearms to the defendant.  In truth and in fact, as Danielle Vanessa Pappargeris knew, she was not the actual buyer of the firearms listed on the form, and was in fact acquiring the firearms

at the request of and on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

September 14, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: NH/ME    Category No. III    Investigating Agency ATF

City _____    Related Case Information:    05-CR-10250-NG

County _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    05-MJ-1696-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   DANIELLE VANESSA PAPPARGERIS    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   118 Ledgewood Manor, #4, Portsmouth, NH 03801

Birth date (Year only): 1976   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: _____

Defense Counsel if known:   Walter H. Underhill    Address: 66 Long Wharf
                                                            Boston, MA 02110
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Timothy Q. Feeley    Bar Number if applicable   160950

Interpreter:   ☐ Yes ☒ No    List language and/or dialect:   N/A

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:   July 20, 2005

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Swartwood, C.M.J.   on   July 20, 2005

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   September 14, 2005    Signature of AUSA:   _Timothy Feeley_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    DANIELLE VANESSA PAPPARGERIS

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(a)(6) | False statements to acquire firearms | 1-4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**