UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  <br> ) <br> ) <br> V.  ) <br> ) <br> ) <br> DANIELLE PAPPAGERIS  ) | Criminal No. 05-10250 |

### ASSENTED TO MOTION TO CONTINUE ARRAIGNMENT AND RULE 11 HEARING

    Now comes the defendant, Danielle Pappageris, and moves that this Honorable Court continue her arraignment and Rule 11 hearing scheduled for 2:30 PM this afternoon, October 26, 2005.

    In support of this motion the defendant's counsel states that the defendant, who is currently under the care of a health care professional and on medication , is not prepared to enter a Rule 11 plea today and needs further time to consider the options available to her before entering such plea. As such defense counsel requests that this case be continued for a period of two to three weeks to resolve outstanding issues. Should the court grant this motion defense counsel notifies this Court that he is on trial in the case of United States v. Mazzola, before (Stearns, J.) and would only be available in the afternoons over the next two to three weeks.

    The defendant,
DANIELLE PAPPAGERIS
By her attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from October 26, 2005 until the next scheduled event in this matter is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:     '/s/Walter H. Underhill, Esquire'
                WALTER H. UNDERHILL, ESQ.

DATE:        October 26, 2005

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Timothy Feeley.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:        October 26, 2005