UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)  CRIMINAL NO. 05-10250-NG
v. )
)
DANIELLE VANESSA PAPPARGERIS )

### WAIVER OF VENUE AND INDICTMENT

Defendant Danielle Vanessa Pappargeris, after having been advised of her right to be charged in the district in which the charged crimes are alleged to have occurred, hereby waives in open court prosecution in that district and consents that this proceeding may go forward in the District of Massachusetts as if the charged crimes occurred in this district.

Defendant Danielle Vanessa Pappargeris, after having been advised of the nature of the felony charges in this proceeding, and of her rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE: 11/28/05

M. Molloy
Deputy Clerk

Date: November 28, 2005

_____
DANIELLE VANESSA PAPPARGERIS

_____
Walter H. Underhill, Jr.
Attorney for Defendant