UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.           )<br>)<br>DANIELLE VANESSA PAPPARGERIS ) | CRIMINAL NO. 05-10250-NG |

<u>JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING</u>

The parties jointly move that the sentencing in this matter, currently scheduled for February 27, 2006, be continued for 90 days, until the end of May or beginning of June 2006.  As grounds therefor, the parties state that the defendant pled guilty to an information pursuant to a plea agreement that contains a cooperation provision.  The government is not yet in a position to accurately describe the extent and helpfulness of the defendant's cooperation, and believes, as does the defendant, that the sentencing in this case should be continued until the extent of the defendant's cooperation is more fully developed.

| | |
|---|---|
| DANIELLE VANESSA PAPPARGERIS<br>By Her Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/ Walter H. Underhill<br>WALTER H. UNDERHILL, ESQ.<br>Attorney for Defendant<br>(617) 523-5858 | /s/ Timothy Q. Feeley<br>TIMOTHY Q. FEELEY<br>Assistant U.S. Attorney<br>(617) 748-3172 |

January 23, 2006