UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            V.                  )        CRIMINAL NO. 05-10250-NG
                                )
DANIELLE VANESSA PAPPARGERIS    )


JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING

The parties jointly move that the sentencing in this matter,
currently scheduled for June 19, 2006, be continued for 90 days,
until the middle of September 2006.  As grounds therefor, the
parties state that the defendant pled guilty to an information
pursuant to a plea agreement that contains a cooperation
provision.  The government is not yet in a position to accurately
describe the extent and helpfulness of the defendant's
cooperation, and believes, as does the defendant, that the
sentencing in this case should be continued until the extent of
the defendant's cooperation is more fully developed.

DANIELLE VANESSA PAPPARGERIS        MICHAEL J. SULLIVAN
By Her Attorney                     United States Attorney

                                By:

/s/ Walter H. Underhill             /s/ Timothy Q. Feeley
WALTER H. UNDERHILL, ESQ.           TIMOTHY Q. FEELEY
Attorney for Defendant              Assistant U.S. Attorney
(617) 523-5858                      (617) 748-3172

May 30, 2006