UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:05-cr-10250 NG1 |
| | ) | |
| V. | ) | |
| | ) | |
| **Danielle Vanessa Pappargeris** | ) | |

ASSENTED TO MOTION TO TRAVEL

Now comes the defendant and moves this Honorable Court to allow her to travel to Maine with her family for Christmas. The dates of travel are December 22, 2006 through December 30, 2006.

The defendant will be traveling to 55 Sedgwood Drive Kennebunk, Maine and will be available at the following phone number: 207-985-3498.

The purpose of this travel is to spend the Christmas holidays with her family and this motion is agreed to by AUSA Timothy Feeley.

                                                      The defendant,
                                                      Danielle Pappargeris
                                                      By her attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:      December 20, 2006

RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Esquire.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:      December 20, 2006