UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:05-cr-10250 NG |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| **Danielle Vanessa Pappargeris** ) | |

ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant and moves this Honorable Court to continue this matter for sentencing on May 3, 2007. In support of this motion the defendant's counsel states that he is scheduled to appear in Brighton District Court in the matter of <u>Commonwealth v. Charles Lalli</u>, Docket # # 0608 CR 0586 for hearings on motions to suppress. This case was set prior to the change in the date for sentencing and is marked no further continuances.

Additionally and more importantly, counsel has just been informed that the defendant's seven year old son has been hospitalized at the Bradley Children's Hospital, East Providence, RI for a severe psychological breakdown on April 19, 2007 and is to be released on Wednesday, May 2, 2007. The defendant's son's condition is serious and requires the complete attention of his mother, especially upon release. As a result of this situation the defendant's complete attention and care is required for her son upon his release from the hospital. As such, the defendant is not prepared physically or psychologically for sentencing on May 3, 2007.

The defendant,

        Danielle Pappargeris
        By her attorney,

        '/s/Walter H. Underhill, Esquire'
        Walter H. Underhill, Esq.
        66 Long Wharf
        Boston, MA
        02110
        4th. Floor
        Tel. # 617-523-5858
        B.B.O. # 506300

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:    '/s/Walter H. Underhill, Esquire'
                WALTER H. UNDERHILL, ESQ.

DATE:      April 26, 2007

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Timothy Feeley, Esquire.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:      April 26, 2007