UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:05-cr-10250 NG |
| | ) | |
| V. | ) | |
| | ) | |
| **Danielle Vanessa Pappargeris** | ) | |

ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant and moves this Honorable Court to continue this matter for sentencing on November 7, 2007. In support of this motion the defendant's counsel states that he is scheduled to appear in Brighton District Court in the matter of Commonwealth v. Sdancus which is scheduled for hearings on motions and marked no further continuances.

The defendant,
Danielle Pappargeris
By her attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:   '/s/Walter H. Underhill, Esquire'
          WALTER H. UNDERHILL, ESQ.

DATE:     November 6, 2007

RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Timothy Feeley, Esquire.

SIGNED:   '/s/Walter H. Underhill, Esquire'

DATE:     November 6, 2007