UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:05-cr-10250 NG |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| **Danielle Vanessa Pappargeris** | ) | |

SECOND ASSENTED TO MOTION TO CONTINUE SENTENCING

    Now comes the defendant and moves this Honorable Court to continue this matter for sentencing on November 7, 2007. In support of this motion the defendant's counsel states that he is scheduled to appear in Brighton District Court in the matter of Commonwealth v. Sdancus which is scheduled for hearings on motions and marked no further continuances.

    Additionally and more importantly the defendant's son Jaden has two appointments at Boston Medical Center. At 11:00am he has a appointment for an MRI. and at 1:00pm he has an appointment for an EEG. They said the EEG would take two hours. Last week the defendant's son had an appointment with Dr Douglas a Neurologist. He is having seizures and he has nerve damage to one side of his body. The defendant's physicians wanted to get these tests done as soon as possible to properly diagnose and treat this very serious medical condition.

> The defendant,
> Danielle Pappargeris
> By her attorney,
>
> '/s/Walter H. Underhill, Esquire'
> Walter H. Underhill, Esq.
> 66 Long Wharf
> Boston, MA
> 02110
> 4th. Floor
> Tel. # 617-523-5858
> B.B.O. # 506300

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:   '/s/Walter H. Underhill, Esquire'
          WALTER H. UNDERHILL, ESQ.

DATE:     __November 6, 2007_____

RULE 7.1 CERTIFICATION

   The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Timothy Feeley, Esquire.

SIGNED:   '/s/Walter H. Underhill, Esquire'

DATE:     __November 6, 2007_____